FILED
RICHARD W. NAGEL
CLRK OF COURT

2018 MAY 18 PM 3: 46

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON J. DELCOL,

Defendant.

CASE NO. 2:18-CR-75

JUDGE MARBLEY

SUPERSEDING INFORMATION

21 U.S.C. § 846
18 U.S.C. § 1512(b)(3)
26 U.S.C. § 5861(d)

FORFEITURE ALLEGATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
(Conspiracy to Possess with the Intent to Distribute and to Distribute Controlled Substances Within 1,000 Feet of a Public Elementary School)

Beginning on or about April 1, 2017, and continuing to on or about February 27, 2018, in the Southern District of Ohio and elsewhere, Defendant **JASON J. DELCOL** knowingly and intentionally combined, conspired, confederated and agreed with Nicholas D. Glassburn (not named in this Superseding Information), Benjamin J. Owings (not named in this Superseding Information), and others to distribute and to possess with the intent to distribute controlled substances within one thousand feet of the real property comprising a public elementary school—namely, James Conger Elementary School, in Delaware, Ohio—in violation of 21 U.S.C. §§ 841 and 860(a); and to distribute and to possess with intent to distribute controlled substances, including hydrocodone, oxycodone, alprazolam (Xanax), testosterone, and anabolic steroids, in violation of 21 U.S.C. § 841.

**In violation of 21 U.S.C. § 846.**

## COUNT 2
### (Witness Tampering)

On or about August 5, 2017, in the Southern District of Ohio, Defendant **JASON J. DELCOL** did knowingly engage in misleading conduct toward a Morrow County Sheriff's Deputy by falsely denying that he knew Nicholas D. Glassburn (not named in this Superseding Information) to be involved in drugs, with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer of information relating to the commission and possible commission of a Federal offense.

**In violation of 18 U.S.C. § 1512(b)(3).**

## COUNT 3
### (Possession of an Unregistered Machinegun and an Unregistered Silencer)

On or about February 27, 2018, in the Southern District of Ohio, Defendant **JASON J. DELCOL** knowingly possessed firearms, as defined in 26 U.S.C. § 5845(a)—namely, a metal cylindrical device, approximately 6 ½ inches in length with a hole through its center, designed as a silencer and bearing no serial number; and a STEN-type, 9mm Luger caliber machinegun, bearing no serial number—not registered to him in the National Firearms Registration and Transfer Record.

**In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.**

## FORFEITURE ALLEGATION

The allegations of Count 3 of this Superseding Information are incorporated here.

Upon conviction of the violation of 26 U.S.C. § 5861(d), set forth in Count 3 of this Superseding Information, Defendant **JASON J. DELCOL** shall forfeit to the United States, pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), all firearms involved in the commission of the offense, including, but not limited to, the following: a metal cylindrical device, approximately 6 ½ inches in length with a hole through its center, designed as a silencer and bearing no serial number; and a STEN-type, 9mm Luger caliber machinegun, bearing no serial number, which were not registered to the defendant in the National Firearms Registration and Transfer Record.

**Forfeiture pursuant to 26 U.S.C. § 5872(a), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                        BENJAMIN C. GLASSMAN
                        UNITED STATES ATTORNEY

*[signature]*

PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney