UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                              Case No.  2-18-cr-75

**Jason J. Delcol**

COURTROOM   MINUTES
ARRAIGNMENT ON INFORMATION

| JUDGE: | Norah McCann King | DATE AND TIME: | 5/29/18 at 12:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | P Glenn-Applegate |
| COURT SMART | S Evans | COUNSEL FOR DEFT(S). | T Long |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | |

Dft appeared with counsel and consents to plead before a US Magistrate Judge; Dft waives Indictment; Dft pleads GUILTY to the pending charges; RR to be issued PSI to be ordered; Dft to remain in custody pending sentencing.

Court adjourn.