IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                  2:18-cr-75 (1)
                                      Judge Marbley

Jason J. Delcol

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 71) that the defendant's guilty plea be accepted. The Court accepts the defendant's pleas of guilty to Counts 1-3 of the Superseding Information, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 22, 2018                       s\Algenon L. Marbley
                                          Algenon L. Marbley
                                          United States District Judge